UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Robert Lyons, Gaylon Carmack, Josef Zaspel, Scott Malcolm, as participants in and Trustees of the Carpenters and Joiners Health and Welfare Fund and David Hamilton, William Grimm, Peter Donnino, and Timothy McGough, as Trustees of the Carpenters and Joiners Health & Welfare Fund**

Plaintiffs

vs.

**Maynard W. Williams and Thyzena Williams as parents and natural guardians of Antoinette Genita Christobol Williams, Schwebel Goetz & Sieben, a Professional Association, Minneapolis Public School District No. 1, Aegon Assignment Corporation, a corporation, TransAmerica Life and Marquette Capital Bank, a corporation,**

Defendants.

**Civil File No. 02-362 JMR/SRN**

**Order**

The above-entitled action came on before the undersigned Judge of United States District Court on February 12, 2002 on Plaintiffs motion for a temporary restraining order. Richard L. Evans appeared for Plaintiffs, James S. Ballentine appeared for Defendants Maynard W. Williams and Thyzena Williams as parents and natural guardians of Antoinette Genita Christobel Williams ("Williams") and Schwebel Goetz & Sieben. Laura Booth appeared on behalf of the Minneapolis Public School District No. 1. Based on all the files, records and proceedings herein, and the agreement of the parties in attendance at the hearing, the Court makes the following Order:



FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________

**ORDER**

IT IS HEREBY ORDERED That:

1. The Williams' and the Minneapolis Public School District No. 1 shall petition the Hennepin County District Court in the minor settlement of the Williams' claims for the deposit of a portion of the settlement in the amount of $8,545.84 in an interest bearing account for the benefit of Antoinette Williams and the Carpenters and Joiners Health and Welfare Fund.

2. Upon approval of the settlement of the Williams' claims against the Minneapolis Public School District No. 1 that portion of the settlement deposited pursuant to this Order shall be held in constructive trust for the Carpenters and Joiners Health and Welfare Fund and shall not be disbursed or otherwise removed by any party without further Order of this Court.

3. Any portion of the deposit which this Court at any time determines is not subject to the Carpenters and Joiners Health & Welfare Fund claims shall be subject to the jurisdiction and Order of the Hennepin County District Court.

4. Any action by the Hennepin County District Court which is in any way inconsistent with the terms of this Order are hereby stayed.

5. Plaintiffs shall file a bond in the amount of $5,000 pursuant to Rule 65 of the Federal Rules of Civil Procedure.

Dated: February 13th, 2002

James M. Rosenbaum
Chief Judge of U.S. District Court