UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Roberty Lyons, et al<br><br>v.<br><br>Maynard Williams, et al | ) | 02-CV-362 (JMR/SRN) |
| Robert Lyons, et al<br><br>v<br><br>Charles McQuay, et al | ) | 02-CV-363 (PAM/JGL) |

ORDER FOR REASSIGNMENT OF RELATED CASES

Case No. 02-CV-362 having been assigned to the Honorable James M. Rosenbaum, United States District Chief Judge, and Case No. 02-CV-363 having later been assigned to the Honorable Paul A. Magnuson, United States District Judge and said matters being related cases, IT IS ORDERED that:

1. Case No.02-CV-363 be assigned to the Honorable James M. Rosenbaum, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court shall void and reuse a card on the same list, pursuant to this Court's Assignment of Cases Order, dated April 2, 2001.

FILED FEB 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2. A copy of this Order shall be filed in each case.

Dated: February 13th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

Dated: February 15, 2002

Paul A. Magnuson
United States District Judge

Robert Lyons, et al

vs. 02-363JMR/SRN

Charles McQuay, et al

The above-entitled matter has been re-assigned to Chief Judge James M. Rosenbaum as a related case to civil 02-362 already assigned to Judge Rosenbaum pursuant to an Order for Reassignment of Related Cases signed by Judges Rosenbaum and Magnuson. Please note the change in the presiding judge's initials above. Please also note that this action has been referred to Magistrate Judge Susan R. Nelson. When submitting documents to the court for filing, please refer to these initials.