UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Lyons, Gaylon Carmack, Josef Zaspel, and Scott Malcolm, as participants in and Trustees of the Carpenters and Joiners Health & Welfare Fund and David Hamilton, William Grimm, Peter Donnino, and Timothy McGough, as Trustees of the Carpenters and Joiners Health & Welfare Fund,

Civil No. 02-362 JMR/SRN

Plaintiffs,

**PRETRIAL SCHEDULING ORDER**

v.

Maynard W. Williams, and Thyzenz Williams as Parents and Natural guardians of Antoinette Genita Christobol Williams, Schwebel, Goetz & Sieben P.A., a professional Association, Minneapolis Public School Dist. No. 1, Aegon Assignment Corporation, a corporation, Transamerica Life, and Marquette Capital Bank, a corporation,

Defendants.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by November 1, 2002.**

2. No more than 20 interrogatories [counted in accordance with Fed. R. Civ.

JUL 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

P. 33(a)] shall be served by any party.

3. No more than 3 depositions, excluding expert witness depositions, shall be taken by any party.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by September 3, 2002. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by November 15, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by January 2, 2003. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis, 612-664-5053.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(COURT)** on March 1, 2003, or upon resolution of any pending dispositive motions. Anticipated length of trial is 1 day.

Dated: July 29, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge