UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Robert Lyons, Gaylon Carmack, Josef Zaspel, Scott Malcolm, as participants in and Trustees of the Carpenters and Joiners Health and Welfare Fund and David Hamilton, William Grimm, Peter Donnino, and Timothy McGough, as Trustees of the Carpenters and Joiners Health & Welfare Fund**

Plaintiffs

vs.

**Maynard W. Williams and Thyzena Williams as parents and natural guardians of Antoinette Genita Christobol Williams, Schwebel Goetz & Sieben, P.A. and Marquette Capital Bank, a corporation,**

Defendants.

**Civil File No. 02-362 JMR/SRN**

**PROPOSED ORDER FOR DISMISSAL WITHOUT PREJUDICE OF SPECIFIC DEFENDANTS**

Pursuant to the Stipulation of the parties, the following parties, **Minneapolis Public School District No. 1, Aegon Assignment Corporation, and TransAmerica Life,** shall be dismissed without prejudice, with each party to bear its own costs,

The caption on this matter shall be amended to reflect the dismissal of these defendants as reflected in the amended caption above.

**IT IS SO ORDERED**

Date: November 5th

Judge James M. Rosenbaum
Judge of the District Court

FILED
RICHARD D. SLETTEN, CLERK
NOV 6 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

JMR

COPY
RECEIVED BY MAIL
OCT 29 2002
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

**Robert Lyons, Gaylon Carmack, Josef Zaspel, Scott Malcolm, as participants in and Trustees of the Carpenters and Joiners Health and Welfare Fund and David Hamilton, William Grimm, Peter Donnino, and Timothy McGough, as Trustees of the Carpenters and Joiners Health & Welfare Fund**

Plaintiffs

vs.

**Maynard W. Williams and Thyzena Williams as parents and natural guardians of Antoinette Genita Christobol Williams, Schwebel Goetz & Sieben, P.A., a Professional Association, Minneapolis Public School District No. 1, Aegon Assignment Corporation, a corporation, TransAmerica Life and Marquette Capital Bank, a corporation,**

Defendants.

**Civil File No. 02-362 JMR/SRN**

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF SPECIFIC DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a), the Plaintiffs and only the following named Defendants, **Minneapolis Public School District No. 1, Aegon Assignment Corporation, and TransAmerica Life,** by and through their respective counsel, hereby stipulate and agree that **Minneapolis Public School District No. 1, Aegon Assignment Corporation, and TransAmerica Life** shall be dismissed from this action without prejudice, with each party to bear its own costs.

The other named Defendants, **Maynard W. Williams and Thyzena Williams as parents and natural guardians of Antoinette Genita Christobol Williams, Schwebel Goetz & Sieben, P.A., a Professional Association, Minneapolis, Marquette Capital Bank, a corporation,** shall not be dismissed without further Order of the Court.

Dated: 10/17/02

MCGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By: Anne F. Spaeth

Anne F. Spaeth
Minn. Att'y Reg. No. 028659
2600 U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-7035
Telephone : (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

This signature page shall only be attached to the Stipulation for Dismissal on Robert Lyons, et al v. Maynard W. Williams, et al, District Court File No: 02-CV-362.

Dated: 9/17/02

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By: Nell Mathews

Nell Mathews, Esq.
Minn. Att'y Reg. No.
333 South 7th Street, Suite 2000
Minneapolis, MN 55402
Telephone :

ATTORNEYS FOR DEFENDANTS
MINNEAPOLIS PUBLIC SCHOOL
DISTRICT 1

This signature page shall only be attached to the Stipulation for Dismissal on Robert Lyons, et al v. Maynard W. Williams, et al, District Court File No: 02-CV-362.

Dated: 10/16/02

AEGON ASSIGNMENT CORPORATION

By: Richard M Rubenstein

Richard M. Rubenstein
Atty Reg. No:
400 W. Market Street
5th Floor
Aegon Center
Louisville, Kentucky 40202
Telephone :502-560-4153

ATTORNEYS FOR DEFENDANTS
AEGON ASSIGNMENT
CORPORATION

This signature page shall only be attached to the Stipulation for Dismissal on Robert Lyons, et al v. Maynard W. Williams, et al, District Court File No: 02-CV-362.

Dated: 10/16/02

TRANSAMERICA LIFE INSURANCE AND
ANNUITY COMPANY

By: ______________________.

Richard M. Rubenstein
Atty Reg. No:
400 W. Market Street
5th Floor
Aegon Center
Louisville, Kentucky 40202
Telephone :502-560-4153

ATTORNEYS FOR DEFENDANTS
TRANSAMERICA LIFE INSURANCE
AND ANNUITY COMPANY

This signature page shall only be attached to the Stipulation for Dismissal on Robert Lyons, et al v. Maynard W. Williams, et al, District Court File No: 02-CV-362.