/

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**Robert Lyons, Gaylon Carmack, Josef Zaspel, Scott Malcolm, as participants in and Trustees of the Carpenters and Joiners Health and Welfare Fund and David Hamilton, William Grimm, Peter Donnino, and Timothy McGough, as Trustees of the Carpenters and Joiners Health & Welfare Fund**

**Civil File No. 02-362 JMR/SRN**

Plaintiffs

vs.

**ORDER FOR APPROVAL OF OF SETTLEMENT AND DIRECTING DISBURSEMENT OF FUNDS TO PLAINTIFFS**

**Maynard W. Williams and Thyzena Williams as parents and natural guardians of Antoinette Genita Christobol Williams, Schwebel Goetz & Sieben, P.A. and Marquette Capital Bank, a corporation,**

Defendants.

---

Pursuant to the Stipulation of the parties, the settlement agreement is hereby approved and this Court directs the Honorable Diana S. Eagon, Judge of the Hennepin County District Court, in Court File No: MS 02-001050 to issue an Order approving the distribution of the $8,545.84 currently held in a constructive trust from Marquette Bank to the Carpenters and Joiners Health & Welfare Fund.

Furthermore, by agreement of the parties, that Judge Eagon shall order Marquette Bank to issue the check made payable to the order of the Carpenters and Joiners Health & Welfare Fund and the check shall be mailed in care of Anne F. Spaeth, McGrann, Shea, Anderson, Carnival, Straughn & Lamb, Chartered 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402-7035.

**IT IS SO ORDERED**

Date: February 7th, 2003

James M. Rosenbaum
Judge of the District Court

FILED FEB 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______